**Motion Granted and Order filed October 30, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00469-CR**
_____

**ANDREW SCOTT PARKE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court
Harris County, Texas
Trial Court Cause No. 1202736**

## O R D E R

The clerk's record was filed June 4, 2012. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain appellant's indictment filed on or about April 24, 2009. Appellant's motion to supplement the record is **GRANTED.**

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **November 16, 2012**, containing appellant's indictment filed on or about April 24, 2009.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM